

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00391-CV

Austin **TAYLOR**, in his individual capacity; Taylor Shipping Solutions, LLC; OTI Trucking, LLC; Online Transport International, LLC; Griffin Cargo & Transport, LLC; OTI Enterprises, LLC; and Ace Stevedoring, Inc.,
Appellants

v.

Joseph **LASSEN**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-23394
Honorable Larry Noll, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the joint motion to dismiss the appeal is GRANTED and the appeal is DISMISSED.

We order that all costs of appeal, if any, shall be borne by the party that incurred them.

SIGNED July 23, 2025.

_____
Lori Massey Brissette, Justice